**JML LAW**
A PROFESSIONAL LAW CORPORATION
5855 TOPANGA CANYON BLVD., SUITE 300
WOODLAND HILLS, CALIFORNIA 91367

Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
JARED W. BEILKE, STATE BAR NO. 195698
jared@jmllaw.com
KARINA GODOY, STATE BAR NO. 305895
kgodoy@jmllaw.com

Attorneys for Plaintiff SI SHEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SI SHEN, an individual,<br><br>    Plaintiff<br><br>    vs.<br><br>RAVAGO AMERICAS, LLC., a Delaware Corporation; EDDIE OROPEZA, an individual; and DOES 1 through 20, inclusive,<br><br>    Defendants | Case No. 2:22-cv-463<br><br>**REQUEST FOR DISMISSAL**<br><br>Complaint Filed: December 20, 2021 |

COMES NOW the Plaintiff in the above referenced action and request the Court to dismiss Defendant, EDDIE OROPEZA, an individual, from the above action pursuant to Federal Rule 41(a)(1), without prejudice.

/// ///

/// ///

---

1

REQUEST FOR DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: March 29, 2022 | JML LAW, A Professional Law Corporation |

By: _____

    JOSEPH M. LOVRETOVICH
    JARED W. BEILKE
     KARINA GODOY
    Attorneys for Plaintiff

**PROOF OF SERVICE**
1013a (3) CCP Revised 5/1/88

UNITED STATES DISTRICT COURT – CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is, 5855 Topanga Canyon Blvd., Suite 300, Woodland Hills, CA 91367

On March 29, 2022, I served the foregoing document described as **REQUEST FOR DISMISSAL,** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope, addressed as follows:

Jon Yonemitsu
jyonemitsu@littler.com
Kara Adelle Ritter Cole
kcole@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101

☐ By mail, I deposited such envelope(s) in the mail at Woodland Hills, California, with postage thereon fully prepaid.
I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ By E-mail, I electronically mailed the above referenced documents to the above listed e-mail addresses.

☐ By facsimile, I transmitted such documents from Woodland Hills, California, to the offices of the addressee(s).

☐ By personal service, I delivered such envelope(s) by hand to the office(s) of the addressee(s).

☒ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 29, 2022 at Woodland Hills, California.

Heidi Castaneda